**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DYLAN A. LARKIN,

                    Plaintiff,                    21 **CIVIL** 1425 (AEK)

        -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 18, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the case will be assigned to a different administrative law judge ("ALJ"), the ALJ will take any further action necessary to complete the administrative record, plaintiff will be offered the opportunity for a hearing, and the ALJ will issue a new decision.

**Dated:**  New York, New York
           January 19, 2022

                                               **RUBY J. KRAJICK**
                                                 Clerk of Court
                           **BY:**
                                                  Deputy Clerk